DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

BALLINGER v. SECRETARY OF REVENUE

No. 701P82.

Case below: 59 N.C. App. 508.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 28 January 1983.

CARVER v. CARVER

No. 658PA82.

Case below: 55 N.C. App. 716.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals allowed 28 January 1983.

DEPARTMENT OF TRANSPORTATION v. BRAGG

No. 670PA82.

Case below: 59 N.C. App. 344.

Petition by defendants Bragg for discretionary review under G.S. 7A-31 allowed 28 January 1983.

GODWIN SPRAYERS v. UTICA MUTUAL INSURANCE CO.

No. 694P82.

Case below: 59 N.C. App. 497.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 January 1983.

IN RE NUZUM-CROSS CHEVROLET

No. 666P82.

Case below: 59 N.C. App. 332.

Petition by Taxpayer for discretionary review under G.S. 7A-31 denied 28 January 1983.